# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6903-GW(Ex) | Date | November 8, 2011 |
|---|---|---|---|
| Title | *Karolyn Porter v. J.A. Cambece Law Office, P.C., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT

On November 2, 2011, Plaintiff Karolyn Porter filed a Notice of Settlement. The Court, on its own motion, sets an Order to Show Cause re: Settlement hearing for **January 5, 2012 at 8:30 a.m.**

Counsel is advised that the order to show cause will be vacated and no appearance will be required provided that a Notice of Dismissal, is filed by noon on January 4, 2012.

:

Initials of Preparer    JG